### LAKEWOOD (city) et v REES et

Ohio Appeals, 8th Dist, Cuyahoga Co

No 15434. Decided Feb 27, 1936

R. G. Curren, Cleveland, for plaintiff, appellee.

Hugh McNamee, Cleveland, and Vickery, Duffy & Vickery, Cleveland, for plaintiff, appellant.

C. B. Webster, Cleveland, for defendants, appellees.

For full opinion see 5 OO 199; 51 Oh Ap 490.